UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER MARTINEZ TORRES, | Civil No. | 06-CV-1705 H (CAB) |
| Plaintiff, | | |
| v. | **ORDER RE RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER TO PETITION** | |
| MIKE EVANS, Warden, | | |
| Defendant. | | |

Petitioner, a state prisoner proceeding *pro se*, filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On September 6, 2006, this Court issued an Order requiring Respondent to file a motion to dismiss the Petition no later than October 20, 2006. In the alternative, Respondent's Answer to the Petition was due no later than November 6, 2006.

On October 18, 2006, Respondent filed an Application for Enlargement of Time to File Motion to Dismiss or Answer to Petition. Respondent seeks an extension until December 19, 2006 to file a motion to dismiss or Answer. Respondent's counsel cites a large caseload and a delay in receiving all of the pertinent state court records.

Respondent's application is granted. Respondent shall file a motion to dismiss or an Answer to

///

///

///

the Petition on or before **December 19, 2006.**  Petitioner's opposition to Respondent's motion to dismiss or Petitioner's Traverse following Respondent's Answer is due on or before **January 19, 2006.**

   **IT IS SO ORDERED.**

DATED:  October 23, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge