# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MARTINEZ TORRES,<br><br>　　　　　　　Petitioner,<br>vs.<br><br>MIKE EVANS, Warden,<br><br>　　　　　　　Respondent. | CASE NO. 06CV1705-H (CAB)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING** |

On August 23, 2006, Petitioner Javier Martinez Torres ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 18, 2006, Respondent Mike Evans ("Respondent") filed an application for an extension of time to file a responsive pleading. Accordingly, the Court **GRANTS** Respondent's request. Respondent shall file a responsive pleading on or before December 19, 2006.

IT IS SO ORDERED.

DATED: October 23, 2006

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1 | **COPIES TO:**
James Rudolph
2 | Law Offices of James B. Rudolph
419 19th Street
3 | San Diego, CA 92102-2801

4 | Attorney General
State of California
5 | Office of the Attorney General
110 West A Street, Suite 1100
6 | San Diego, CA 92101-5266